# Holland & Knight

31 West 52ND Street, New York, New York 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Robert J. Burns
(212) 513-3490
robert.burns@hklaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   02/27/2020
```

February 27, 2020

**MEMO ENDORSED**

**VIA ECF**

Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:     Wexler v. Hasbro, Inc., C.A. 1:20-cv-01100-VEC

Dear Judge Caproni:

My office represents defendant Hasbro, Inc. ("Hasbro") in the above-captioned action. We write on behalf of both parties to jointly request adjournment of the initial pretrial conference.

In support of this request an in accordance with the Court's Individual Practices in Civil Cases, the parties state as follows:

1. The initial pretrial conference is currently set for 10:00 a.m. on **March 20, 2020**, pursuant to the Notice of Initial Pretrial Conference filed February 10, 2020 (DE05).

2. Adjournment is requested due to counsel's previously-scheduled commitments on March 20, 2020.

3. This is the first request for adjournment.

4. Neither party objects to the requested adjournment.

5. The parties, having conferred, jointly propose an alternative date of **April 3, 2020** for the initial pretrial conference.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Honorable Valerie Caproni
February 27, 2020
Page 2

6.  Accordingly, the parties jointly propose an alternative deadline of **March 26, 2020** for their joint letter to the Court, which is currently due **March 12, 2020** pursuant to the Notice of Initial Pretrial Conference (DE05).

Please do not hesitate to contact me if the Court has any questions on this matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP

Robert J. Burns

CC: all counsel of record via ECF

---

The initial conference is adjourned to **April 3, 2020, at 10:00 A.M.** Joint submissions are due not later than **March 26, 2020**.

SO ORDERED.          Date: 02/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

#73234356_v1