```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   DAVID WEXLER,                                               :
                                                               :
                                   Plaintiff,                  :
                                                               :         20-cv-1100 (VEC)
                   -against-                                   :
                                                               :         ORDER
                                                               :
   HASBRO, INC.,                                               :
                                   Defendant.                  :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties requested a teleconference to resolve a discovery dispute;

IT IS HEREBY ORDERED that a teleconference is hereby scheduled for **July 9, 2020, at 11:00 A.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 1100. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak, so that the court reporter can create an accurate record.

**SO ORDERED.**

Date: **July 8, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**