UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID WEXLER,

      Plaintiff,

  -against-

HASBRO, INC.,

      Defendant.



20-CV-1100 (VEC) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The telephonic settlement conference currently scheduled for March 24, 2021, at 2:15 p.m. is hereby ADJOURNED to **April 21, 2021, at 2:15 p.m.** As soon as practicable, and no later than April 14, counsel shall meet and confer in good faith and exchange at least one settlement demand and offer. No later than **April 20, 2021**, the parties shall advise chambers – by email to Moses_NYSDChambers@nysd.uscourts.gov – of the new settlement demand and offer. All other provisions in the Court's Order Scheduling Settlement Conference dated February 16, 2021 (Dkt. No. 36) remain in effect.

Dated: New York, New York
       March 24, 2021

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**