USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DAVID WEXLER,

                        Plaintiff,

            -against-                  20-cv-1100 (VEC)

                                    ORDER

HASBRO, INC.,

                       Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 28, 2021, the parties appeared for a telephone conference;

       IT IS HEREBY ORDERED that any motions for summary judgment must be filed by no later than **Friday, June 25, 2021**. Any responses in opposition are due no later than **Friday, July 30, 2021** and any replies in support are due no later than **Friday, August 13, 2021**.

**SO ORDERED.**

Date: May 28, 2021                                           _____
      New York, New York                           **VALERIE CAPRONI**
                                                             **United States District Judge**