USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 DAVID WEXLER,                                                 :
                                                               :
                                    Plaintiff,                 :
                                                               :        20-cv-1100 (VEC)
                  -against-                                    :
                                                               :            ORDER
                                                               :
 HASBRO, INC.,                                                 :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 13, 2021, counsel for Defendant called Chambers pursuant to Rule 4(A) of the undersigned's Individual Practices in Civil Cases;

WHEREAS counsel informed Chambers that it was contemplating a motion to strike portions of the declaration of Howard Wexler (Dkt. 56); and

WHEREAS counsel further detailed that the parties had met and conferred on the issue but were unable to come to a resolution;

IT IS HEREBY ORDERED that a telephone conference is scheduled for **Friday, August 20, 2021 at 11:30 A.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1100. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that by no later than **Wednesday, August 18, 2021**, the parties must file a joint letter, not to exceed three pages, that outlines each party's respective position on the motion to strike.

2

**SO ORDERED.**

**Date:  August 13, 2021**  
      **New York, New York**

        **VALERIE CAPRONI**  
        **United States District Judge**