USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAVID WEXLER,

                          Plaintiff,

          -against-

HASBRO, INC.,

                        Defendant.
-------------------------------------------------------------- X

20-CV-1100 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 20, 2021, the parties appeared for a telephone conference in this matter;

    IT IS HEREBY ORDERED that for the reasons stated at the conference, Defendant's motion for leave to file a motion to strike portions of Howard Wexler's declaration is denied without prejudice to raising the issue at a more appropriate time.

**SO ORDERED.**

**Date:  August 20, 2021**
**    New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**