UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID WEXLER,

                          Plaintiff,

      -against-                                          20 **CIVIL** 1100 (VEC)

                                                                 **JUDGMENT**

HASBRO, INC.,

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2022, Hasbro's motion for summary judgment is GRANTED, and Wexler's claims are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

          March 11, 2022

                                                                **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                           **BY:**

                                                                     **Deputy Clerk**